# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cristal Galeana,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-24-03617-PHX-SMB<br><br>**ORDER** |

United States Magistrate Judge Alison Bachus has issued a report and recommendations ("R&R") (Doc. 21) recommending that the case be remanded for further proceedings. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 3) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Bachus. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Magistrate Judge Bachus (Doc. 21) is accepted.

…

…

…

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security is reversed, and this case is remanded for further proceedings. The Clerk of Court is directed to enter judgment accordingly and terminate this case.

Dated this 6th day of August, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge